UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

NA-TASHA DUGAN and LYNETTE DUGAN,

        Plaintiff,

vs.

THOMAS MANSFIELD,

        Defendant.

C07-228 JLR

**MINUTE ORDER**

**REASSIGNING CASE**

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable James L. Robart, United States District Judge.

All future documents filed in this case must bear the cause number C07-228 JLR and bear the Judge's name in the upper right hand corner of the document.

Dated this 9th day of April, 2007

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
    Peter H. Voelker, Deputy Clerk